HABONEH ENGINEERING CONSTRUCTION AND BUILDING CORPORATION, Respondent, *v.* MERCHANTS RESTAURANT CORPORATION, Appellant.

Supreme Court, Appellate Term, First Department, April 24, 1929.

*Nathaniel Goldstein,* for the appellant.

*Alexander S. Winett,* for the respondent.

PER CURIAM. The subject-matter of both actions was the contractual relation between the parties which grew out of one building contract. While the second complaint proceeded on a different theory from the first, it sought to recover practically the same items of damage. The rule is that " so long as the facts in both actions were *substantially* the same, the last action should be stayed until the costs were paid." (*Mintz* v. *Goodman,* 186 N. Y. Supp. 214.) These actions are substantially the same.

The order is reversed, with ten dollars costs and disbursements, and motion granted.

All concur; present, BIJUR, CALLAHAN and PETERS, JJ.